# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

SEALED BY ORDER OF THE COURT

FILED
DEC - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Amended Petition for Arrest Warrant for Offender Under Supervision**

Name of Offender: Avery John Waller      Docket No.: CR 08-00731 RMW
Name of Sentencing Judge: The Honorable Ronald M. Whyte
United States District Judge

Date of Original Sentence: March 10, 2003

Original Offense:
Count One: Use of Facility of Interstate or Foreign Commerce to Entice a Minor to Engage in Criminal Sexual Act, 18 U.S.C. § 2422(b), a Class C felony

Original Sentence: 46 months custody, 3 years supervised release
Special Conditions: special assessment $100; restitution $1000; fine $10000; drug/alcohol treatment; mental health treatment; sex offender treatment; no employment with organization where minors are employed; computer conditions; not possess any sexually stimulating or sexually oriented material deemed inappropriate by the probation officer; no computer with access to any on-line computer service; no contact with minors; register as a sex offender and cooperate with collection of DNA

On April 14, 2006, the court in the Central District of California modified conditions of supervision allowing periodic unannounced examinations of the offenders computer equipment and installation, at the owners expense, any hardware or software systems to monitor use of such computer, both at the direction of the probation officer.

Prior Form(s) 12: On October 14, 2008, the CD/CA transferred jurisdiction to the ND/CA.

On October 28, 2008, the U.S. District Judge, Jeremy Fogel issued a no bail bench warrant.

On December 2, 2008, the offender appeared for a detention hearing before Magistrate Richard Seeborg and the detained hearing was waived. The matter was continued to January 5, 2009 at 9:00 a.m. before U.S. District Judge Ronald M. Whyte for status.

Type of Supervision: Supervised Release      Date Supervision Commenced: January 13, 2006
Assistant U.S. Attorney: Jennifer Anne Corbet   Defense Counsel: Randy Sue Pollack (Retained)

NDC-SUPV-FORM 12C(2) 06/23/08

## Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Jose Martinez, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition one which states that the offender failed to follow the instructions of the probation officer. |
| | On October 10, 2006, February 28, 2007, May 24, 2007 and June 6, 2008, the offender was instructed not to possess a computer nor have access to the internet. |
| | On September 24, 2008, the offender was arrested by state parole agents, Jerry Gonzalvo and Michael Ruiz for possessing a laptop computer and being on the internet in violation of his parole conditions. Additionally, the offender was observed by U.S. Probation Officer, Janie Zhuang to be in possession of the laptop computer and by U.S. Probation Officer, Noel Belton to be on the internet. Parole agents seized the computer and subsequently searched his vehicle. No other contraband was located. |
| | The offender remains in the custody of state parole. |
| | Evidence of this violation can be found in the agent Gonzalvo's state parole file number V33731 and case file notes dated September 24, 2008. |

Avery John Waller  Page 4
CR 08-00731 RMJW

Based on the foregoing, there is probable cause to believe that Avery John Waller violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

_____
Jose Martinez
U.S. Probation Officer Specialist
Date Signed: December 5, 2008

                                        Approved as to form:

                                        _____
                                        Susan Portillo
                                        Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.
☐ Other:

_12/9/08 (9t)_                                  _____
Date                                                   Ronald M. Whyte
                                                                United States District Judge