1 | Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
2 | 300 Montgomery Street, Suite 1100
San Francisco, California 94104
3 | Telephone: (415) 477-3800
Facsimile: (415) 477-9010
4
Attorney for AVERY JOHN WALLER

*E-FILED - 1/30/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-00731-RMW |
|---|---|
| Plaintiff, | **STIPULATION AND []** |
| vs. | **ORDER CONTINUING SUPERVISED RELEASE REVOCATION PETITION STATUS HEARING** |
| AVERY JOHN WALLER, | |
| Defendant. | |

**STIPULATION**

Defendant Avery John Waller, by and through his counsel, Edward W. Swanson, and the United United States, by and through its counsel, Assistant United States Attorney Dan Kaleba, hereby stipulate to continue defendant's supervised release revocation petition status hearing, currently scheduled for February 2, 2009 at 9:00 a.m. until February 23, 2009 at 9:00 a.m., in order to allow parties to continue investigating matters related to this petition.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1 | United States Probation Officer Jose Martinez has no objection to the continuance.

3 | IT IS SO STIPULATED.

5 | DATED: January 28, 2009            /s/
EDWARD W. SWANSON
Counsel for John Avery Waller

8 | DATED: January 28, 2009            /s/
DAN KALEBA
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/30/09

*Ronald M. Whyte* (signature)
RONALD M. WHYTE
United States District Judge