Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER llp
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for AVERY JOHN WALLER

*E-FILED - 3/5/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>AVERY JOHN WALLER,<br><br>          Defendant. | No.   CR 08-00731 RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING STATUS<br>HEARING** |

**STIPULATION**

Defendant Avery John Waller, by and through Edward W. Swanson, and the United United States, by and through Assistant United States Attorney Daniel Kaleba, hereby stipulate and agree as follows:

1)   A supervised release revocation petition status hearing is currently scheduled for February 23, 2009 at 9:00 a.m.

2)   The defense has provided the government with information regarding the allegations against Mr. Waller, and the government and the defense are continuing their investigations. The parties agree that more time is required to conduct investigations and therefore stipulate that the status conference be continued until March 16, 2009 at 9:00 a.m.

/ / /

/ / /

1     3)     United States Probation Officer Jose Martinez has no objection to the continuance.

IT IS SO STIPULATED.

Dated: February 17, 2009         /s/
Edward W. Swanson
SWANSON, MCNAMARA & HALLER LLP
Attorneys for JOHN AVERY WALLER

Dated: February 17, 2009         /s/
Daniel Kaleba
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/5/09

RONALD M. WHYTE
United States District Judge

**Stipulation and Order Continuing Hearing**
*United States v. Waller*, CR 08-00731 RMW     2