1   Edward W. Swanson SBN 159859
    SWANSON, McNAMARA & HALLER llp
2   300 Montgomery Street, Suite 1100
    San Francisco, California 94104
3   Telephone: (415) 477-3800
    Facsimile: (415) 477-9010
4
    Attorney for AVERY JOHN WALLER          *E-FILED - 4/21/09*
5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES,                         No.    CR 08-00731 RMW

11                        Plaintiff,       STIPULATION AND []
                                           ORDER CONTINUING STATUS
12            v.                           HEARING

13  AVERY JOHN WALLER,

14                        Defendant.

15                            STIPULATION

16

17        Defendant Avery John Waller, by and through Edward W. Swanson, and the United

18  United States, by and through Assistant United States Attorney Daniel Kaleba, hereby stipulate

19  and agree as follows:

20        1)    A supervised release revocation petition status hearing is currently scheduled for

21  April 13, 2009 at 9:00 a.m.

22        2)    The government is in the process of conducting a forensic examination of Mr.

23  Waller's computer.  To allow the government to complete that process and provide discovery to

24  Mr. Waller, the parties agree that the status hearing should be continued until May 4, 2009 at

25  9:00 a.m.

26  / / /

27  / / /

28

1        3)      United States Probation Officer Jose Martinez has no objection to the

2  continuance.

3

4        IT IS SO STIPULATED.

5

6  Dated:  April 8, 2009                /s/

                               Edward W. Swanson

7                         SWANSON, MCNAMARA & HALLER LLP

                         Attorneys for JOHN AVERY WALLER

8

9  Dated:  April 8, 2009                /s/

                         Daniel Kaleba

10                        Assistant United States Attorney

11

12                      **ORDER**

13

14        PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16  Dated: 4/21/09

                      RONALD M. WHYTE

17                      United States District Judge

18

19

20

21

22

23

24

25

26

27

28