Swanson
McNamara
Haller

300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone 415 477 3800
Facsimile 415 477 9010
www.smhlegal.com

VIA ECF

May 4, 2009

Courtroom Deputy Jackie Lynn Garcia
Chambers of the Honorable Ronald M. Whyte
United States District Judge
280 South 1st Street
San Jose, CA 95113

RE: *United States v. Avery Waller*, CR 08-0731 RMW

Dear Ms. Garcia:

This letter is to confirm the phone conversation of Friday, May 1between yourself, AUSA Daniel Kaleba and me. As we discussed, the parties anticipate a plea to resolve the above-captioned matter, but we require some additional time to finalize our negotiations. We therefore agreed to continue the hearing scheduled for today until Thursday, May 14 at 2 pm.

Thank you again for your assistance with this matter.

Sincerely,

Edward W. Swanson
Swanson, McNamara & Haller LLP

cc: AUSA Daniel Kaleba (via ECF)